## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**LARRY G. ALEXANDER,**                               **Civil No. 07-1816 ADM/SRN**

      **Petitioner,**

**v.**

                               **ORDER**

**STATE OF VERMONT,**

      **Respondent.**

_____

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated April 10, 2007.  No objections have been filed to that Report and Recommendation in the time period permitted.

      Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

      IT IS HEREBY ORDERED that:

      The Clerk of Court is directed to transfer this case to the United States District Court for the District of Vermont.

DATED: May 1, 2007.                               s/Ann D. Montgomery

                              _____
                              Judge Ann D. Montgomery
                              United States District Court Judge